UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON A. HAYDEN,<br>        Plaintiff,<br>    v.<br>COUNTY OF ALAMEDA, et al.,<br>        Defendants. | Case No. 4:23-cv-02833-KAW<br><br>ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

This action was filed on June 8, 2023. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendants, such that September 6, 2023 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. To date, no proof of service has been filed. The Case Management Conference ("CMC"), originally scheduled for September 12, 2023, was continued to November 7, 2023, because Defendants had not been served 7 days prior to the original CMC date. (*See* Dkt. No. 22.)

IT IS HEREBY ORDERED that, by no later than **December 1, 2023**, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendants or to file a Motion for Administrative Relief. She shall also serve Defendants and file the certificates of service. The failure to timely respond to this order, serve the complaint, and file the certificates of service may result in the case being reassigned to a district judge with the recommendation that it be dismissed without prejudice for failure to comply with the deadline to complete service.

//

//

Finally, the initial case management conference is continued to March 12, 2024 at 1:30 PM. Case management statements are due on or before March 5, 2024.

**IT IS SO ORDERED.**

Dated: November 2, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge